# Exhibit B

ORIGINAL

Code No. 4085
Rick Lawton, Esq.
State Bar # 00694
Law Office Rick Lawton Esq. P.C.
5435 Reno Hwy, Fallon, Nevada 89406
(775) 867-5599
(775) 867-2559 –fax
Attorney for Plaintiffs

**RECEIVED NOV 24 2009 THE BANK OF N.Y. MELLON LEGAL DEPT.**

IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

RONALD E. FREETO

    Plaintiff,

vs.

LIME FINANCIAL SERVICES, LTD, a Oregon corporation; STEWART TITLE OF NORTHERN NEVADA; MERSCORP, INC. a Virginia corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a subsidiary of MERSCORP, INC., a Delaware corporation, [MERS]; QUALITY LOAN SERVICE CORPORATION; LITTON LOAN SERVICING LP; WILMINGTON TRUST COMPANY; BANK OF NEW YORK; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; C-BASS MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2005-CB4; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, [Partnerships, or anyone claiming any interest to the property described in the action

    Defendants.

CASE NO: CV09 03347

DEPT NO: 6

## SUMMONS

THE STATE OF NEVADA SENDS GREETINGS TO:

**C-BASS MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2005-CB4**

You are hereby **SUMMONED** and required to serve upon Plaintiffs' attorneys, LAW OFFICE OF RICK LAWTON, P.C., whose address is 5435 Reno Hwy, P.O. Box 1740, Fallon, Nevada 89407, an **ANSWER** to the Complaint which is herewith

5435 Reno Hwy.
P.O. Box 1740
Fallon, Nevada 89406
Ph:: 775-867-5599
FAX: 775-867-2559
lawtonrick@earthlink.net

served upon you, within twenty (20) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, Judgment by Default will be taken against you for the relief demanded in the Complaint. Among other things, the Complaint which is herewith served upon you, seeks to Quiet Title to the real property described as follows:

2128 ROUNDHOUSE ROAD, UNIT 2130, SPARKS, NV 89431
The land referred to herein is situated in the State of Nevada, County of Washoe, described as follows:

PARCEL 1:
UNIT 6, LOT NO 4D, IN BLOCK E, OF THE MAP AMENDING LOTS 1 AND 2, BLOCK D, LOTS 3, 4, 5, 6, AND 7, BLOCK E AND LOTS 23, 24 AND 25, BLOCK F OF THE AMENDED MAP OF IRONHORSE VILLAGE UNIT TWO, A CONDOMINIUM, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, NEVADA, ON FEBRUARY 13, 1980, AS FILE NO. 656895.

PARCEL 2:
AN UNDIVIDED 1/68TH INTEREST IN THE COMMON AREA AS SHOWN ON THE AMENDED MAP PF IRONHORSE VILLAGE UNIT TWO, A CONDOMINIUM, FILED IN OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, NEVADA, ON FEBRUARY 13, 1980, AS FILE NO. 656895.

PARCEL 3:
APPURTENANT EASEMENTS FOR THE EXCLUSIVE RIGHT TO USE FOR VEHICULAR PARKING PURPOSES, DESIGNATED SPACE #4-6, AS SHOWN ON THE AMENDED MAP OF IRONHORSE VILLAGE UNIT TWO, A CONDOMINIUM, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, NEVADA, ON FEBRUARY 13, 1980, AS FILE NO. 656895.

APN#: 031-445-26

DATED: This 17 day of November, 2009

CLERK OF THE COURT

By: _____
Deputy
(SEAL)

2