Rick Lawton, Esq.
State Bar # 00694
Law Office Rick Lawton Esq. P.C.
5435 Reno Hwy, Fallon, Nevada 89406
(775) 867-5599
(775) 867-2559 –fax

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

[Northern District-Reno]

| | |
|---|---|
| RONALD E. FREETO<br><br>*Plaintiff,*<br><br>vs.<br><br>LIME FINANCIAL SERVICES, LTD, a Oregon corporation; STEWART TITLE OF NORTHERN NEVADA; MERSCORP, INC. a Virginia corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a subsidiary of MERSCORP, INC., a Delaware corporation, [MERS]; QUALITY LOAN SERVICE CORPORATION; LITTON LOAN SERVICING LP; WILMINGTON TRUST COMPANY; BANK OF NEW YORK; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; C-BASS MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2005-CB4; and<br>DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, [Partnerships, or anyone claiming any interest to the property described in the action.<br><br>*Defendants.* | Case # 3:09-cv-00754-LRH=VPC<br><br>**NOTICE OF INTENT TO WITHHOLD RESPONSE TO DEFENDANT LIME FINANCIAL SERVICES, LTD'S PENDING MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT** |

COMES NOW, Plaintiff(s) RONALD E. FREETO, by and through their counsel of record, LAW OFFICE OF RICK LAWTON ESQUIRE, PROF COPR. RICK LAWTON ESQ., and provides notice of the <u>intent to **withhold responses**</u> to Defendants Lime Financial

1

Services LTD'S [4] Motion to Dismiss or in the alternative motion for summary judgment filed in Federal Court, on December 28, 2009, pending a ruling on Plaintiffs Motion for Remand, filed contemporaneously herewith, regarding whether plaintiffs may try the matter in the County and State Court where the property is located.

Plaintiff has asserted only state law violations and common law causes of actions. The action involves quieting title as well as other equitable remedies and should be heard in State Court.

State Court Judges have evaluated similar complaints and found merit in the complaints and likelihood of Plaintiff's prevailing in order to issue ex parte restraining orders. [SEE: Exhibit A through J, attached.]

DATED: This 39th day of December, 2009.

RICK LAWTON ESQ.
SBN 00694

Reno Hwy.
ox 1740
, Nevada 89406
75-867-5599
775-867-2559
rick@earthlink.net

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2009, I electronically filed the foregoing

**NOTICE OF INTENT
TO WITHHOLD
RESPONSE TO PENDING MOTION TO DISMISS**

using the CM/ECF system which will send a notice of electronic filing to all parties as listed on the Notice of Electronic Filing.

                          /s/ Lavinia Johnson
                          Lavinia Johnston

Reno Hwy.
Box 1740
, Nevada 89406
75-867-5599
775-867-2559
irick@earthlink.net