**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD E. FREETO,<br><br>  Plaintiff,<br><br>vs.<br><br>LIME FINANCIAL SERVICES, LTD., et al.,<br><br>  Defendants. | Case No. 3:09-cv-00754-LRH-VPC |

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS JPMORGAN CHASE BANK, N.A.; BANK OF NEW YORK MELLON; AND LITTON LOAN SERVICING, LP TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED by and between the Plaintiff, RONALD E. FREETO, by and through his counsel, the Law Offices of RICK LAWTON, ESQ., P.C. and Defendants,

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION and BANK OF NEW YORK MELLON, as former trustees of the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2005-CB4; and LITTON LOAN SERVICING, LP by and through their counsel, the Law Offices of KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD., and hereby agree that said Defendants have until Friday, January 29, 2010, in which to file their answers or other responsive pleadings.

By entering into this Stipulation, Plaintiff does not in any way concede federal jurisdiction or alter his right to proceed with a motion to remand,

IT IS SO STIPULATED.

DATED: December 29, 2009.

LAW OFFICES OF RICK LAWTON, ESQ., P.C.

/S/ RICK LAWTON, ESQ.
RICK LAWTON, ESQ.
Nevada Bar No. 694
5435 Reno Hwy.
Fallon, Nevada 89406
Telephone: (775) 867-5599
Facsimile: (775)867-2559
*Attorney for Plaintiff*

DATED: December 29, 2009.

KRAVITZ, SCHNITZER, SLOANE & JOHNSON, CHTD.

/S/ MELANIE D. MORGAN, ESQ.
GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 222-4149
Facsimile: (702) 362-2203
*Attorneys for JPMorgan Chase Bank and Bank of New York Mellon, as former trustees of the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2005-CB4; and Litton Loan Servicing, LP*

## ORDER

IT IS SO ORDERED this 30th day of December, 2009.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE