Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784 5200

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

(NORTHERN DIVISION - RENO)

| | |
|---|---|
| RONALD E. FREETO,<br><br>*Plaintiff,*<br><br>vs.<br><br>LIME FINANCIAL SERVICES, LTD, a Oregon corporation; STEWART TITLE OF NORTHERN NEVADA; MERSCORP, INC., a Virginia corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a subsidiary of MERSCORP, INC., a Delaware corporation, [MERS]; QUALITY LOAN SERVICE CORPORATION; LITTON LOAN SERVICING LP; WILMINGTON TRUST COMPANY; BANK OF NEW YORK; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; C-BASS MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2005-CB4; and DOES 1-25 CORPORATIONS, DOES and  ROES 1-25 Individuals, [Partnerships, or anyone claiming any interest to the property  described in the action,<br><br>*Defendants*. | Case No. 3:09-CV-00754-LRH-VPC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff and Defendants MERSCORP, Inc. and Mortgage Electronic

Registration Systems, Inc. (collectively, "MERS") below stipulate and agree that MERS shall

11042976

have up to and including January 31, 2010, to answer or otherwise respond to the complaint in the above-captioned matter

Dated: December 30, 2009

Respectfully submitted,

| | |
|---|---|
| /s/ Rick Lawton[1] | /s/ Erica J. Stutman |
| Rick Lawton, Esq. | Patrick G. Byrne, Esq. |
| Nevada Bar No. 694 | Nevada Bar No. 7636 |
| Law Offices of Rick Lawton, P.C. | Erica J. Stutman, Esq. |
| 5435 Reno Highway | Nevada Bar No. 10794 |
| P.O. Box 1740 | 3883 Howard Hughes Pkwy, Suite 1100 |
| Fallon, Nevada 89406 | Las Vegas, NV 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants MERSCORP Inc. and Mortgage Electronic Registration Systems, Inc.* |

**ORDER**

**IT IS SO ORDERED.**

DATED: December 31, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] By signing this Stipulation, counsel for Plaintiff is neither consenting to federal jurisdiction nor waiving any right to seek to remand.

11042976

- 2 -