Gary E. Schnitzer, Esq.
Nevada Bar No.: 395
Melanie D. Morgan, Esq.
Nevada Bar No.: 8215
Kravitz, Schnitzer, Sloane & Johnson, Chtd.
8985 Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 222-4142
Fax: (702) 362-2203
Email: gschnitzer@kssattorneys.com
       mmorgan@kssattorneys.com

*Pro Hac Vice*
R. Bruce Allensworth, Esq.
Brian M. Forbes, Esq.
Gregory N. Blase, Esq.
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel. (617) 261-3100
Fax (617) 261-3175
Email:  bruce.allensworth@klgates.com
        brian.m.forbes@klgates.com
        gregory.blase@klgates.com
**Attorney for Litton Loan Servicing LP**

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RONALD E. FREETO<br><br>Plaintiff,<br><br>vs.<br><br>LIME FINANCIAL SERVICES, LTD, et al.,<br><br>Defendants. | Case No. 3:09-cv-00754-LRH-VPC<br><br>**LITTON LOAN SERVICING LP'S NOTICE OF FILING OF NOTICE OF TAG-ALONG ACTION WITH JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

Pursuant to Rule 5.12(c) of the Rule of Procedure of the Judicial Panel on Multidistrict Litigation ("Panel"), defendant Litton Loan Servicing LP ("Litton") hereby notifies the Court that on January 4, 2010, Litton filed a Notice of Tag-Along Actions ("Notice") with the Panel pursuant to Rule 7.5(e) of the Panel's Rules. In the Notice, Litton identified this case as a "potential tag-along action" and requested that this case be transferred to the United States

District Court for the District of Arizona for consolidated pre-trial proceedings before the Honorable James A. Teilborg in the MDL Proceeding styled *In re MERS Litigation*, MDL No. 2119. In further compliance with Rule 5.12(c) of the Panel's Rules, a copy of the Notice with exhibits A-C is attached hereto as *Exhibit 1*.

Respectfully submitted this 4th day of January, 2010.

/s/ Gary E. Schnitzer
Gary E. Schnitzer, Esq.
Nevada Bar No.: 395
Melanie D. Morgan, Esq.
Nevada Bar No.: 8215
Kravitz, Schnitzer, Sloane & Johnson, Chtd.
8985 Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 222-4142
Fax: (702) 362-2203
Email: gschnitzer@kssattorneys.com
          mmorgan@kssattorneys.com

*Pro Hac Vice*
R. Bruce Allensworth, Esq.
Brian M. Forbes, Esq.
Gregory N. Blase, Esq.
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Tel. (617) 261-3100
Fax  (617) 261-3175
Email:   bruce.allensworth@klgates.com
            brian.m.forbes@klgates.com
gregory.blase@klgates.com
**Attorneys for Litton Loan Servicing LP**

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5-1, I hereby certify that on January 4, 2010, I electronically transmitted the above LITTON LOAN SERVICING LP'S NOTICE OF FILING OF NOTICE OF TAG-ALONG ACTION WITH JUDICIAL PANEL ON MULTIDISTRICT LITIGATION to the Office of the Clerk of the United States District Court for the District of Nevada using the Court's CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record in this matter; all counsel being registered to receive Electronic Filing.

/s/ Donna M. Adams
An Employee of Kravitz, Schnitzer,
Sloane & Johnson, Chtd.