UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD E. FREETO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LITTON LOAN SERVICING LP; et al.,<br><br>　　　　Defendants. | 3:09-cv-00754-LRH-VPC<br><br>ORDER |

Before the court is District Judge for the District of Arizona James A. Teilborg's ("Teilborg") order to remand filed on June 7, 2010. Doc. #42.[1]

In 2009, the United States Judicial Panel on Multi-District Litigation ("panel") consolidated numerous cases in which plaintiffs allege that MERS engaged in improper business practices when processing home loans. The panel assigned Judge Teilborg to oversee these cases, and he will preside over all issues (discovery, dispositive motions, settlement) except for trials. *In re: Mortgage Electronic Registration Systems (MERS) Litigation*, MDL No. 2119.

In various transfer orders the Panel consolidated several cases, one of which is the current matter *Freeto v. Litton Loan Servicing LP*, 3:09-cv-0754-LRH-VPC. However, as part of the transfer order, the Panel transferred only those claims that "relate to the formation and/or operation

---

[1] Refers to the court's docket entry number.

1   of MERS." The Panel held that all other claims "unrelated to the formation and/or operation of the

2   MERS system are separately and simultaneously remanded" to the district court in which they were

3   first brought. Thereafter, on March 5, 2010, the court stayed the proceedings pending Judge

4   Teilborg's order parsing the claims and remanding the unrelated defendants and claims back to this

5   court. Doc. #40.

6        On June 7, 2010, Judge Teilborg issued an initial remand order. Doc. #42. Pursuant to that

7   order Judge Teilborg remanded: (1) claim 1 for unfair lending practices; (2) claim 12 for unjust

8   enrichment; (3) claim 3 for injunctive relief as it relates to the remanded claims; and (4) claim 4 for

9   declaratory relief as it relates to the remanded claims. *Id*.

10

11        IT IS THEREFORE ORDERED that the stay in case no. 3:09-cv-0754-LRH-VPC entered

12   on March 5, 2010, is hereby LIFTED.

13        IT IS FURTHER ORDERED that defendants have twenty (20) days after the issuance of

14   this order to answer or otherwise respond to the remanded claims.

15        IT IS SO ORDERED.

16        DATED this 22nd day of June, 2010.

17

18                     _____

19                     LARRY R. HICKS
                        UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26